JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Arika Hayes | CV 14-6246 PA (JEMx) |
| Plaintiff, | JUDGMENT |
| v. | |
| Alicia Keys, et al. | |
| Defendants. | |

Pursuant to the Court's January 7, 2015 Minute Order granting the Motion to Dismiss filed by defendants Viacom Inc., BET, MTV, and VH1 (collectively, "Viacom"),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed with prejudice.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff take nothing and that Viacom shall have its costs of suit.

DATED: January 7, 2015

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE